# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| JACKSON | 02-1419 |
| CARRILLO | 02-1430 |
| PIEGA | 02-1436 |
| MORENO | 02-1440 |
| LAENO | 02-1546 |
| PITTERS | 02-1568 |
| TOLER | 02-1607 |
| CALLISON | 02-1634 |
| RITCHHART | 02-1649 |
| MELLING | 02-1784 |
| GARVER | 02-1799 |
| MCILROY | 02-1939 |
| MERCADO | 02-1977 |
| MOORE | 02-2008 |
| FUCCI | 02-2020 |
| HENNING | 02-2056 |
| MYLER | 02-2310 |
| STEPHENSON | 02-2321 |
| CHRISTENSON | 02-2369 |
| KRIER | 02-2439 |
| EVANS | 02-2459 |
| JAHAHN | 02-2480 |
| VOYTEN | 02-2532 |
| COTTON | 02-2583 |
| SIRKIN | 02-2584 |
| JAMIL | 02-3035 |
| CHAPEL | 02-3056 |
| STRAWN | 02-3081 |
| SCHWARTZ | 02-3097 |
| FIELD | 02-3111 |
| FIRESTONE | 02-3120 |
| MOUNCE | 02-3126 |
| KAUNG | 02-3140 |
| BURNS, *et al.* | 02-3254 |
| BENZICK, *et al.* | 02-3260 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

# **O R D E R**

      **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -    Order staying these proceedings pending disposition of a related action.

    [    ]   -    Order staying these proceedings pending determination of arbitration proceedings.

    [    ]   -    Interlocutory appeal filed.

    [ X ]   -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                          **BY THE COURT:**

                                          _____
                                          **John R. Padova, Judge**